UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-09289
)
KELLY BRENNER, )  Chapter: 7
)  Honorable David D. Cleary
)
)
Debtor(s) )

**ORDER EXTENDING TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE AND FILE A MOTION TO DISMISS UNDER 11 U.S.C. § 707**

This cause coming to be heard on the motion of the United States Trustee, due notice having been given:

IT IS HEREBY ORDERED that the last day for the United States Trustee to file a complaint objecting to Debtor's discharge is extended to and including October 26, 2020.

IT IS FURTHER ORDERED that the last day for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707 is extended to and including October 26, 2020.

Enter:    *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  July 22, 2020

**Prepared by:**

David Paul Holtkamp, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
312-353-5014